IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MAURICE HEMINGWAY, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-14-590
:
WARDEN ZICKEFOOSE, : (Judge Brann)
:
    Respondent :

## ORDER

May 19, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Hemmingway's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner may seek authorization from the United States Court of Appeals for the Fourth Circuit for leave to file a second or successive § 2255 petition.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge